850

General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Joseph M. Howard for respondent.

No. 476, Misc. DIXON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 485, Misc. GRAY ET AL. v. BRACEY ET AL. Supreme Court of California. Certiorari denied.

No. 487, Misc. WATSON v. UNITED STATES. C. C. A. 5th. Certiorari denied. Bart. A. Riley for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Philip R. Monahan for the United States.

No. 492, Misc. SHOCKLEY v. UNITED STATES. C. C. A. 9th. Certiorari denied. Joseph L. Alioto for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Beatrice Rosenberg for the United States.

No. 495, Misc. THOMPSON v. UNITED STATES. C. C. A. 9th. Certiorari denied. Melvin M. Belli for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Beatrice Rosenberg for the United States.

No. 498, Misc. FAZIO ET AL. v. NEW YORK. County Court of Kings County, New York. Certiorari denied.

No. 499, Misc. THOMPSON v. NIERSTHEIMER, WARDEN. C. C. A. 7th. Certiorari denied.